1  THOMAS P. O'BRIEN
   United States Attorney
2  LEON W. WEIDMAN
   Assistant United States Attorney
3  Chief, Civil Division

4  PAUL SACHELARI, CSB # 230082
   Special Assistant United States Attorney
5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone: (415) 977-8933
       Facsimile: (415) 744-0134
7      E-Mail: paul.sachelari@ssa.gov

8  Attorneys for Defendant

9              UNITED STATES DISTRICT COURT
10             CENTRAL DISTRICT OF CALIFORNIA
11                  WESTERN DIVISION

13 DAWN JOANN SMYTH,           )
                               )   CV 09-01558-CT
14                             )
      Plaintiff,               )   JUDGMENT OF REMAND
15                             )
      v.                       )
16                             )
   MICHAEL J. ASTRUE,          )
17 Commissioner of             )
   Social Security,            )
18                             )
      Defendant.               )
19 _____)

20     The Court having approved the parties' Stipulation to Voluntary Remand Pursuant
21 to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation of Remand")
22 lodged concurrent with the lodging of the within Judgment of Remand.
23     **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-
24 captioned action is remanded to the Commissioner of Social Security for further
25 proceedings consistent with the Stipulation of Remand.

26
27 Dated: 8/31, 2009            _____
                                CAROLYN TURCHIN
28                              UNITED STATES MAGISTRATE JUDGE