Irene Ruzin, Attorney at Law (CSB #125763)
Law Offices of Irene Ruzin
16311 Ventura Blvd., Suite 900
Encino, CA 91436
TEL: (818) 325-2888  FAX: (818) 325-2890
ireneruzin@earthlink.net

Attorney for Plaintiff, DAWN JOANN SMYTH

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DAWN JOANN SMYTH, | Case No.: CV 09-01558 PSG (CT) |
| Plaintiff, | [PROPOSED] ORDER AWARDING EAJA FEES |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendants. | CAROLYN TURCHIN UNITED STATES MAGISTRATE JUDGE |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

**IT IS ORDERED** that Plaintiff' attorney, Irene Ruzin, as Plaintiff's assignee, is awarded attorney's fees under the Equal Access to Justice Act ("EAJA") in the amount of THREE THOUSAND DOLLARS ($3,000.00), as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

DATED: 11/12/09

CAROLYN TURCHIN
U.S. MAGISTRATE JUDGE

-1-